```
 1              IN THE U.S. DISTRICT COURT COURT

 2           FOR THE EASTERN DISTRICT OF TENNESSEE

 3

 4   LAUREN B. LLOYD                          )
                                              )
 5                                            )
                                              )
 6             Plaintiff,                     )
                                              )
 7   v.                                       ) No. 3:12-CV-566
                                              )
 8                                            )
     MIDLAND FUNDING, LLC;                    )
 9   MIDLAND CREDIT MANAGEMENT, INC           )
     and ENCORE CAPITAL GROUP INC.            )
10                                            )
                                              )
11                                            )
               Defendants.                    )
12

13

14          *  *  *  *  *  *  *  *  *  *  *  *  *  *

15

16           DEPOSITION OF LAUREN B. LLOYD

17

18             Thursday, July 25th, 2013

19   ===============================================================

20                    TRUESDEL & RUSK

21             Alisha J. Armour, LCR
               7047 Duncan's Glen Drive
22             Knoxville, Tennessee 37919
                    (865) 450-9772
23

24                  TruesdelRusk.com

25
```

1 providing that breakdown, they offered a settlement.

2     Q    Okay. On that phone call?

3     A    Within some short amount of time. I
4 believe it was on that phone call, but I can't say for
5 sure.

6     Q    So when you made that call, you didn't
7 dispute that the claim in the lawsuit was accurate, but
8 you did dispute the amount of the claim?

9     A    Yes. I do acknowledge that I did not
10 pay this as scheduled with Citibank and that there is
11 something owed. It was the amount that was owed that I
12 did not agree with.

13     Q    And do you recall what kind of a
14 settlement offer they made during that -- you said it
15 was within about a week?

16     A    I don't remember it but it's whatever
17 I ended up paying, which --

18     Q    My memory is that it was about $4,000.
19 Does that sound right? We can find that in here. I
20 know it's in our documents.

21     A    And actually, two of the documents
22 that are referenced from the same attorney give two
23 separate amounts as to the amount owed anyway.

24     Q    Tell me which two you're talking
25 about.

1   A   Page 1 of Exhibit 2 shows a balance of
2   $7,288.72. On October 5th in a letter from the same
3   attorney, it's 7,404.72. And maybe that's the interest
4   that's allowed. I'm not sure but I think they had
5   filed a suit, and I didn't know that you accumulated
6   interest during that time. But maybe you do.
7   **Q   Okay.**
8   A   So even they didn't seem to have the
9   amount owed correct.
10  **Q   Well, it may be in your answers to**
11  **your interrogatories. I may not know the amount**
12  **either. At any rate they offered you a settlement**
13  **amount that eventually you accepted; correct?**
14  A   Yes. I don't think that time period
15  was very long. I mean, as soon as they offered a
16  settlement amount, we verbally agreed and I took the
17  money in person myself, drove to Knoxville and took the
18  money myself.
19          MR. MCDONALD: Chris, paragraph 12 of
20      the complaint references $4,000.
21          THE WITNESS: Okay.
22          MR. HEINSS: There you go. I knew I
23      had seen that somewhere. Okay. Good.
24          THE WITNESS: And I took it in person
25      because I couldn't get clear answers from them.

```
 1                the question.
 2   BY MR. HEINSS:
 3        Q       That was not a good question.  You can
 4   still answer it if you understand it, but I'd like to
 5   rephrase the question.
 6        A       I don't understand it.
 7                MR. MCDONALD:  I think she may have
 8           understood it, but I just want to protect the
 9           record.
10   BY MR. HEINSS:
11        Q       Did Finkelstein or Midland take any
12   collection action against you based on that judgment
13   after the account was settled?
14        A       No.
15        Q       Okay.  That was a better question.
16   Okay.  All right.  Let's go back to -- okay.  So we
17   have at some point either late 2011 or early 2012 you
18   discover through some means that this judgment is still
19   reported on your credit report.
20        A       Or that it was reported at all.
21        Q       Or that it was on there?
22        A       Yes.
23        Q       Okay.  I want to go back to those two
24   myFICO things.
25        A       I'm sorry.  I found maybe an answer to
```

1      Q      Right. And it's your understanding as
2 we're sitting here if you know, do the credit reporting
3 agencies take any action on their own to ascertain --
4      A      I don't know.
5      Q      Okay. So you're not certain who's
6 reporting it at that point; correct?
7      A      I do not know.
8      Q      Okay. All right. Back to when you
9 first discovered that there was a judgment on your
10 credit report, whenever that was, you said that you
11 started taking action. Aside from the July 21st letter
12 of 2012, you started taking action with certain people
13 to try and correct this problem?
14      A      Yes.
15      Q      First of all did you ever directly
16 contact Midland Funding, LLC, to try and correct this
17 problem other than the July 21st letter?
18      A      I did not. I first had to figure out
19 what it was because I knew that I did not have a
20 judgment against me entered. So I didn't know. As I
21 had told you, Midland had bought a couple of the credit
22 card debts, either servicing or bought a couple of the
23 credit card debt that I had. So because they reference
24 everything by so many different account numbers, it's
25 almost impossible to figure out what goes with what.

```
 1       A       Yeah, over six months after the
 2   lawsuit.
 3       Q       Right.
 4       A       So even after filing this for five
 5   months, that stayed on my credit.
 6       Q       And TransUnion you say took it off
 7   almost immediately; correct?
 8       A       No.  I don't know who took it off
 9   when.  I know that one by one -- I mean, I've disputed
10   this thing -- every time I got a new document that
11   might help, I did it again because I couldn't get any
12   cooperation from Finkelstein or Midland to help me
13   say -- because it would have been as simple as Midland
14   saying it doesn't exist.
15       Q       Right.  Do you know whether or not
16   Midland made any communications to any of these three
17   credit reporting agencies regarding this judgment?
18       A       Don't know whether they did, but I
19   know by the fair debt collections they should have.
20       Q       I'm just asking if you know whether or
21   not they did either way.
22       A       I don't know if they did.
23       Q       Okay.
24       A       I would assume that they did since
25   they're supposed to.
```

```
 1        Q       Do you know whether or not the
 2   Finkelstein firm made any direct communications with
 3   any of these three reporting agencies?
 4        A       I would doubt that they would have
 5   since their answer -- I was pretty content with the
 6   answer they don't report to the credit bureaus, which
 7   made sense to me.
 8        Q       Right.  So as we're sitting here, the
 9   one thing we can agree on is the reporting of this
10   judgment on your credit report has been cleared from
11   all three of these credit reporting agencies?
12        A       Now it has.
13        Q       Now it has.  Okay.
14        A       But at the time of filing this suit,
15   no.
16        Q       Right. Gotcha.  Okay.  Now I want to
17   talk briefly about -- well, let me make sure I got --
18   on this particular issue you had said you'd sent this
19   particular report in writing.  You also had mentioned
20   just now that you had sent some additional documents
21   and thing to Equifax to get that.  Do you have copies
22   of that correspondence or anything?
23        A       I don't because all I sent them that
24   was new information was this order.
25        Q       Right.  Okay.
```