IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| LAUREN B. LLOYD | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:12-cv-00566 |
| | ) |
| MIDLAND FUNDING, LLC; | ) |
| MIDLAND CREDIT MANAGEMENT, INC.; | ) |
| AND ENCORE CAPITAL GROUP, INC. | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

COME NOW Plaintiff, Lauren B. Lloyd ("Lloyd" or "Plaintiff"), and Defendants, Midland Funding, LLC ("Midland Funding"), Midland Credit Management, Inc. ("MCM") and Encore Capital Group, Inc. ("Encore") (collectively "Defendants"), and provide the Court with the following Joint Status Report as follows:

(a) Status of Discovery:

Discovery has been completed between the parties with the exception of the corporate depositions of Midland Funding, MCM and Encore that are scheduled for February 6, 2014. The parties have agreed to allow these depositions to be conducted following the close of discovery.

(b) Status of Pending Disposition Motion:

On December 20, 2013, the Defendants filed a Motion for Summary Judgment. The parties have agreed that the deadline for Plaintiff's Response to Defendants' Motion for Summary Judgment be extended until February 18, 2014 (following the depositions of the Defendants and to allow Plaintiff 21 days from the filing of Defendants' Motion to Supplement their pending Motion for Summary Judgment referenced in (c) below).

While the Defendants believe that the facts and legal arguments in their Motion for Summary Judgment are adequately presented, Defendants also believe that oral argument regarding their Motion for Summary Judgment would benefit the Court's decisional process on the Motion.

147480.5

(c) Filing of Further Pre-Trial Motions:

The Defendants intend to file a Motion to Supplement their pending Motion for Summary Judgment by January 28, 2014 to address additional facts obtained in discovery since the filing of the Motion. The parties do not intend at this time to file any other pre-trial motions, but reserve their rights to do so.

(d) Trial Proceeding and Length:

This case is scheduled to proceed without a jury. Trial is anticipated to last for two (2) days.

(e) Prospects of Settlement:

The parties have discussed settlement, but no resolution has been reached to date. The parties believe that mediation pursuant to the local rules could be beneficial to resolution of this matter. Defendants' request that their representative, who shall have full authority to settle this matter be allowed to participate in the mediation telephonically.

Respectfully submitted, this the 28th day of January, 2014.

    LAUREN LLOYD

    BY:    LACY, PRICE & WAGNER, P.C.

    BY:    */s/ James H. Price*

James H. Price (BPR #016254)
W. Allen McDonald (BPR #016210)
LACY, PRICE & WAGNER, PC
249 North Peters Road, Suite 101
Knoxville, TN 37923
Telephone: (865) 246-0800

    MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC and ENCORE CAPTIAL GROUP, INC.

    BY:    BALCH & BINGHAM LLP

    BY:    */s/ M. Brant Pettis*
            Of Counsel

M. Brant Pettis (MS Bar No. 101976)
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501

Telephone:  (228) 214-0426
Facsimile:  (228) 864-8221
*Pro Hac Vice Admission*


Chris Heinss (BPR No. 23285)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Telephone: (205) 226-3468
Facsimile: (205) 488-5642